# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPARTAP SINGH, | Case No. 1:25-cv-02038-JLT-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S MOTION TO AMEND |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 19, 2026, the Court granted Petitioner's motion to appoint counsel and ordered the parties to file a joint statement regarding case management and a proposed briefing schedule within fourteen days. (ECF No. 10.) The parties have not filed a joint statement. However, on March 29, 2026, Petitioner filed a motion to amend the petition. (ECF No. 13.)

The Court HEREBY DIRECTS Respondents to file a response to the motion to amend within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge