**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARPARTAP SINGH, | No. 1:25-cv-02038 JLT SAB (HC) |
| Petitioner, | A-Number: 221-177-519 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO SERVE CENTRAL VALLEY ANNEX WITH COPY OF ORDER AND CLOSE CASE |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al., | |
| Respondents. | |
| | (Docs. 17, 24) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 20, 2026, the magistrate judge issued findings and recommendations recommending that the first amended petition for writ of habeas corpus be granted and Respondents be directed to immediately release Petitioner. (Doc. 24.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) The Court further warned the parties "that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 7 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) To date, no objections have been filed, and the time for doing so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on May 20, 2026 (Doc. 24) are **ADOPTED IN FULL**.

2. The first amended petition for writ of habeas corpus (Doc. 17) is **GRANTED** on Claim One.

3. Respondents are directed to **IMMEDIATELY RELEASE** Petitioner, subject to an order of supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

4. The Clerk of Court is directed to serve the Central Valley Annex with a copy of this Order.

5. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:    **June 12, 2026**

_____
UNITED STATES DISTRICT JUDGE

2